0 AO 187 (Rev. 7/87) Exhibit and Witness List

## UNITED STATES DISTRICT COURT
## Southern DISTRICT OF Texas

PRESTON WOOD & ASSOCIATES, LLC

V.

RZ ENTERPRISES USA, INC., *et al.*

**PLAINTIFF'S EXHIBIT LIST**

Case Number: 4:16-cv-01427

| PRESIDING JUDGE<br>David Hittner | PLAINTIFF'S ATTORNEY<br>Patrick Zummo<br>Louis K. Bonham | DEFENDANT'S ATTORNEY<br>Justin Strother |
|---|---|---|
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |

| Plt. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| P001 | | | | | PWA/UL Contract |
| P002 | | | | | Copyright Reg. No. VAu 1-245-404 (Buckingham (AW)) |
| P003 | | | | | Photographic deposit materials Copyright Reg. No. VAu 1-245-404 (Buckingham (AW)) |
| P004 | | | | | CAD file deposit materials for Copyright Reg. No. VAu 1-245-404 (Buckingham (AW)) |
| P005 | | | | | CAD file deposit materials for Copyright Reg. No. VAu 1-245-404 (Buckingham (AW)) |
| P006 | | | | | CAD file deposit materials for Copyright Reg. No. VAu 1-245-404 (Buckingham (AW)) |
| P007 | | | | | CAD file deposit materials for Copyright Reg. No. VAu 1-245-404 (Buckingham (AW)) |
| P008 | | | | | CAD file deposit materials for Copyright Reg. No. VAu 1-245-404 (Buckingham (AW)) |
| P009 | | | | | PDF of all deposit materials for Copyright Reg. No. VAu 1-245-404 (Buckingham (AW)) |
| P010 | | | | | Copyright Reg. No. VAu 1-245-402 (Buckingham (TD)) |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

0 AO 187A (Rev. 7/87) **EXHIBIT AND WITNESS LIST – CONTINUATION**

| PRESTON WOOD & ASSOCIATES, LLC vs. RZ ENTERPRISES USA, INC., *et al.* | | | | | CASE NO. 4:16-cv-01427 |
|---|---|---|---|---|---|
| Plt. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
| P011 | | | | | CAD file deposit materials for Copyright Reg. No. VAu 1-245-402 (Buckingham (TD)) |
| P012 | | | | | CAD file deposit materials for Copyright Reg. No. VAu 1-245-402 (Buckingham (TD)) |
| P013 | | | | | CAD file deposit materials for Copyright Reg. No. VAu 1-245-402 (Buckingham (TD)) |
| P014 | | | | | CAD file deposit materials for Copyright Reg. No. VAu 1-245-402 (Buckingham (TD)) |
| P015 | | | | | CAD file deposit materials for Copyright Reg. No. VAu 1-245-402 (Buckingham (TD)) |
| P016 | | | | | PDF of all deposit materials for Copyright Reg. No. VAu 1-245-402 (Buckingham (TD)) |
| P017 | | | | | Copyright Reg. No. VAu 1-245-088 (Ashford (AW)) |
| P018 | | | | | Photographic deposit materials for Copyright Reg. No. VAu 1-245-088 (Ashford (AW)) |
| P019 | | | | | CAD file deposit materials for Copyright Reg. No. VAu 1-245-088 (Ashford (AW)) |
| P020 | | | | | PDF of all deposit materials for Copyright Reg. No. VAu 1-245-088 (Ashford (AW)) |
| P021 | | | | | Copyright Reg. No. VAu 1-245-105 (Ashford (TD) copyright application) |
| P022 | | | | | CAD file deposit materials for Copyright Reg. No. VAu 1-245-105 (Ashford (TD)) |
| P023 | | | | | PDF of all deposit materials for Copyright Reg. No. VAu 1-245-105 (Ashford (TD) |
| P024 | | | | | Copyright Reg. No. VAu 1-277-149 (D5-214 (AW)) |

| PRESTON WOOD & ASSOCIATES, LLC vs. RZ ENTERPRISES USA, INC., *et al.* | | | | | CASE NO. 4:16-cv-01427 |
|---|---|---|---|---|---|
| Plt. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
| P025 | | | | | CAD deposit material for Copyright Reg. No. VAu 1-277-149 (D5-214 (AW)) |
| P026 | | | | | PDF of all deposit material for Copyright Reg. No. VAu 1-277-149 (D5-214 (AW)) |
| P027 | | | | | Copyright Reg. No. VAu 1-245-398 (D5-214(TD)) |
| P028 | | | | | CAD deposit materials for Copyright Reg. No. VAu 1-245-398 (D5-214(TD)) |
| P029 | | | | | PDF of all deposit materials for Copyright Reg. No. VAu 1-245-398 (D5-214(TD)) |
| P030 | | | | | Copyright Reg. No. VA2-065-871 (D8057(AW)) |
| P031 | | | | | PDF of all deposit materials for Copyright Reg. No. VAu 1-245-398 (D5-214(TD)) |
| P032 | | | | | CAD file deposit materials for Copyright Reg. No. VAu 1-245-398 (D5-214(TD)) |
| P033 | | | | | Copyright Reg. No. VA2-065-861  (D8057-2(TD)) |
| P034 | | | | | CAD file deposit materials for Copyright Reg. No. VAu 1-245-398 (D5-214(TD)) |
| P035 | | | | | Copyright Reg. No. VA2-065-858  (E0042(AW)) |
| P036 | | | | | CAD file deposit materials for Copyright Reg. No. VA2-065-858  (E0042(AW)) |
| P037 | | | | | CAD file deposit materials for Copyright Reg. No. VA2-065-858  (E0042(AW)) |
| P038 | | | | | CAD file deposit materials for Copyright Reg. No. VA2-065-858  (E0042(AW)) |
| P039 | | | | | CAD file deposit materials for Copyright Reg. No. VA2-065-858  (E0042(AW)) |
| P040 | | | | | PDF of all deposit materials for Copyright Reg. No. VA2-065-858  (E0042(AW)) |
| P041 | | | | | Copyright Reg. No. VA2-065-857(E0042(TD)) |

| PRESTON WOOD & ASSOCIATES, LLC vs. RZ ENTERPRISES USA, INC., *et al.* || CASE NO. 4:16-cv-01427 ||||
|---|---|---|---|---|---|

| Plt. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| P042 | | | | | CAD file deposit materials for Copyright Reg. No. VA2-065-857(E0042(TD)) |
| P043 | | | | | CAD file deposit materials for Copyright Reg. No. VA2-065-857(E0042(TD)) |
| P044 | | | | | CAD file deposit materials for Copyright Reg. No. VA2-065-857(E0042(TD)) |
| P045 | | | | | CAD file deposit materials for Copyright Reg. No. VA2-065-857(E0042(TD)) |
| P046 | | | | | Copyright Reg. No. VA2-065-855(E0175-A1.1-V5(AW)) |
| P047 | | | | | PDF of all deposit materials for Copyright Reg. No. VA2-065-857(E0042(TD)) |
| P048 | | | | | CAD file deposit materials for Copyright Reg. No. VA2-065-857(E0042(TD) |
| P049 | | | | | Copyright Reg. No. VA2-065-852(E0175-A1.1-V5(TD)) |
| P050 | | | | | CAD file deposit materials for Copyright Reg. No. VA2-065-857(E0042(TD)) |
| P051 | | | | | Copyright Reg. No. VA2-065-847 (E2246-A3.1(AW)) |
| P052 | | | | | PDF of all deposit materials for Copyright Reg. No. VA2-065-847 (E2246-A3.1(AW)) |
| P053 | | | | | CAD file deposit materials for Copyright Reg. No. VA2-065-847 (E2246-A3.1(AW)) |
| P054 | | | | | Copyright Reg. No. VA2-065-848 (E2246-A3.1(TD)) |
| P055 | | | | | CAD file deposit materials for Copyright Reg. No. VA2-065-848 (E2246-A3.1(TD)) |
| P056 | | | | | Copyright Reg. No. VA2-065-845(E2066A2.1(AW)) |
| P057 | | | | | CAD file deposit materials for Copyright Reg. No. VA2-065-845(E2066A2.1(AW)) |
| P058 | | | | | PDF of all deposit materials for Copyright Reg. No. VA2-065-845(E2066A2.1(AW)) |
| P059 | | | | | Copyright Reg. No. VA2-065-846 (E2066A2.1(TD)) |

| PRESTON WOOD & ASSOCIATES, LLC vs. RZ ENTERPRISES USA, INC., *et al.* || CASE NO. 4:16-cv-01427 ||||
|---|---|---|---|---|---|
| Plt. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
| P060 | | | | | CAD file deposit materials for Copyright Reg. No. VA2-065-846 (E2066A2.1(TD)) |
| P061 | | | | | Copyright Reg. No. VA2-065-874(00-071-2265A (AW)) |
| P062 | | | | | CAD file deposit materials for Copyright Reg. No. A2-065-874(00-071-2265A (AW) |
| P063 | | | | | PDF of all deposit materials for Copyright Reg. No. A2-065-874(00-071-2265A (AW)) |
| P064 | | | | | Copyright Reg. No. VA2-065-872 (00-071-2265A (TD)) |
| P065 | | | | | CAD file deposit materials for Copyright Reg. No. VA2-065-872 (00-071-2265A (TD)) |
| P066 | | | | | Copyright Reg. No. VA2-066-043 (D6-050 Lot 1057(AW)) |
| P067 | | | | | CAD file deposit materials for Copyright Reg. No. VA2-066-043 (D6-050 Lot 1057(AW)) |
| P068 | | | | | PDF of all deposit materials for Copyright Reg. No. VA2-066-043 (D6-050 Lot 1057(AW) |
| P069 | | | | | CAD file deposit materials for Copyright Reg. No. VA2-066-043 (D6-050 Lot 1057(AW)) |
| P070 | | | | | CAD file deposit materials for Copyright Reg. No. VA2-066-043 (D6-050 Lot 1057(AW)) |
| P071 | | | | | Copyright Reg. No. VA2-066-042 (D6-050 Lot 1057 (TD)) |
| P072 | | | | | CAD file deposit materials for Copyright Reg. No. VA2-066-042 (D6-050 Lot 1057 (TD)) |
| P073 | | | | | CAD file deposit materials for Copyright Reg. No. VA2-066-042 (D6-050 Lot 1057 (TD)) |
| P074 | | | | | CAD file deposit materials for Copyright Reg. No. VA2-066-042 (D6-050 Lot 1057 (TD)) |
| P075 | | | | | Copyright Reg. No. VA2-066-743 (E1171-B1.1 (AW)) |
| P076 | | | | | CAD file deposit materials for Copyright Reg. No. VA2-066-743 (E1171-B1.1 (AW)) |
| P077 | | | | | PDF of all deposit materials for Copyright Reg. No. VA2-066-743 (E1171-B1.1 (AW)) |

| PRESTON WOOD & ASSOCIATES, LLC vs. RZ ENTERPRISES USA, INC., *et al.* | | | | | CASE NO. 4:16-cv-01427 |
|---|---|---|---|---|---|
| Plt. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
| P078 | | | | | Copyright Reg. No. VA2-066-742 (E1171-B1.1 (TD)) |
| P079 | | | | | CAD file deposit materials for Copyright Reg. No. VA2-066-742 (E1171-B1.1 (TD)) |
| P080 | | | | | PWA plans: 1. Shared Communities (3,4,5 and 6 packs) |
| P081 | | | | | PWA plans: 2. Box |
| P082 | | | | | PWA plans: 3. Tandem |
| P083 | | | | | PWA plans: 4. Upside Down |
| P084 | | | | | PWA plans: 5. Communities |
| P085 | | | | | PWA plans: 6. For 25' x 100' Lots with Living Downstairs |
| P086 | | | | | PWA plans: Collage |
| P087 | | | | | Intentionally left blank |
| P088 | | | | | Intentionally left blank |
| P089 | | | | | Intentionally left blank |
| P090 | | | | | Memorandum of Assignment from Jack Preston Wood: Architektron to Jack Preston Wood: Design, Inc. |
| P091 | | | | | Memorandum of Assignment from Jack Preston Wood: Design, Inc. to Preston Wood & Associates, L.L.C. |
| P092 | | | | | Nagle proposal |
| P093 | | | | | Cameron/UPM-Oppidan contract |
| P094 | | | | | D5214-LOTS_5-8 STOCK-original-SLAB |
| P095 | | | | | D5214-LOTS_5-8 STOCK-original copy |
| P096 | | | | | D5214-LOTS_5-8 STOCK-original.dwg |
| P097 | | | | | D5214-LOTS_5-8 STOCK-original |
| P098 | | | | | D5214-LOTS_5-8 STOCK-original-ELECTRICAL |
| P099 | | | | | D5214-LOTS_5-8 STOCK-original-ELEVATIONS |
| P100 | | | | | D5214-LOTS_5-8 STOCK-original-PLANS |
| P101 | | | | | D5214-LOTS_5-8 STOCK-original-SECTION |

| PRESTON WOOD & ASSOCIATES, LLC vs. RZ ENTERPRISES USA, INC., *et al.* || || | CASE NO. 4:16-cv-01427 |
|---|---|---|---|---|---|
| Plt. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
| P102 | | | | | Cameron/UPM-Bindal contract |
| P103 | | | | | Email chain between S. Wood and F. Reisinger (UL) dated May 5-6, 2014 |
| P104 | | | | | Nagle Permit sets |
| P105 | | | | | UL webpage / adverts for Nagle |
| P106 | | | | | UL webpage / adverts for Nagle |
| P107 | | | | | UL webpage / adverts for Nagle |
| P108 | | | | | UL webpage / adverts for Nagle |
| P109 | | | | | UL webpage / adverts for Patterson |
| P110 | | | | | UL webpage / adverts for Stanford |
| P111 | | | | | UL Website - Oppidan_EaDoPlace |
| P112 | | | | | Oppidan Nagle P&L |
| P113 | | | | | UL pageview summary document |
| P114 | | | | | PWA's original plan |
| P115 | | | | | Cameron's revision of PWA's drawings for Mount Vernon |
| P116 | | | | | Cameron's replacement design for Mount Vernon |
| P117 | | | | | HUD1's/settlement statement 403 North Nagle Street Unit A |
| P118 | | | | | HUD1's/settlement statement 403 North Nagle Street Unit B |
| P119 | | | | | HUD1's/settlement statement 403 North Nagle Street Unit C |
| P120 | | | | | HUD1's/settlement statement 405 North Nagle Street Unit B |
| P121 | | | | | HUD1's/settlement statement 405 North Nagle Street Unit C |
| P122 | | | | | HUD1's/settlement statement 405 North Nagle Street Unit A |
| P123 | | | | | HUD1's/settlement statement 1016 Patterson |
| P124 | | | | | HUD1's/settlement statement 1022 Patterson |
| P125 | | | | | HUD1's/settlement statement 1024 Patterson |
| P126 | | | | | HUD1's/settlement statement 1026Patterson |

| PRESTON WOOD & ASSOCIATES, LLC vs. RZ ENTERPRISES USA, INC., *et al.* | | | | | CASE NO. 4:16-cv-01427 |
|---|---|---|---|---|---|
| Plt. No. | Def. No. | Date Offered | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
| P127 | | | | | HUD1's/settlement statement 1028 Patterson |
| P128 | | | | | HUD1's/settlement statement 1030 Patterson |
| P129 | | | | | HUD1's/settlement statement 1032 Patterson |
| P130 | | | | | HUD1's/settlement statement 1034 Patterson |
| P131 | | | | | HUD1's/settlement statement 2602 Polk |
| P132 | | | | | HUD1's/settlement statement 2604 Polk |
| P133 | | | | | HUD1's/settlement statement 2608 Polk |
| P134 | | | | | HUD1's/settlement statement 2610 Polk |
| P135 | | | | | HUD1's/settlement statement 4312 Stanford Street Unit A |
| P136 | | | | | HUD1's/settlement statement 4312 Stanford Street Unit B |
| P137 | | | | | CV of Expert Suzanne Labarthe, Architect |
| P138 | | | | | Exhibit 1 to Report of Suzanne Labarthe, Architect |
| P139 | | | | | Exhibit 2 to Report of Suzanne Labarthe, Architect |
| P140 | | | | | Exhibit 3 to Report of Suzanne Labarthe, Architect |
| P141 | | | | | Exhibit 4 to Report of Suzanne Labarthe, Architect |
| P142 | | | | | Plaintiff may also read from Defendants' Answers to Interrogatories and Responses to Requests for Admissions, and will mark copies of these as Exhibits if the Court so wishes. |