# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| PRESTON WOOD & ASSOCIATES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:16-cv-01427 |
| | § | |
| RZ ENTERPRISES USA, INC. D/B/A | § | |
| OPPIDAN HOMES, OPPIDAN HOMES | § | Jury Trial Demanded |
| VIII LTD., CAMERON ARCHITECTS, | § | |
| INC., and UL, INC. D/B/A URBAN | § | |
| LIVING, | § | |
| | § | |
| Defendants. | § | |

## PLAINTIFF'S OBJECTIONS TO DEFENDANTS' TRIAL EXHIBITS

Pursuant to Local Rule 46, Plaintiff Preston Wood & Associates, LLC ("PWA") objects to the following trial exhibits listed by Defendants. Copies of the exhibits in question are attached hereto. PWA incorporates by reference the briefing contained in its Motion in Limine (Docket #136-12) in this case.

-1-

| D Ex # | Description | Objections |
|---|---|---|
| 1 | Nagle commission / expense summary | 1. Hearsay<br>2. Lack of predicate for admission of a summary under FRE 1006<br>3. Undisclosed expert testimony |
| 2 | UL 2016 closings | 1. Hearsay (FRE 802)<br>2. Lack of predicate for admission of a summary under FRE 1006 |
| 8 | 2014 Credit Card statements | 1. Hearsay (FRE 802)<br>2. Exclusion under FRE 403 due to the incomplete and unilaterally redacted nature of the document. |
| 11 | 2014 overhead spreadsheet (Cameron) | 1. Hearsay (FRE 802)<br>2. Lack of predicate for admission of a summary under FRE 1006<br>3. Undisclosed expert testimony (FRCvP 26(a)(2) and 26(e)(2)). |
| 15 | Cameron overhead documents | 1. Hearsay (FRE 802)<br>2. Lack of predicate for admission of a summary under FRE 1006<br>3. Undisclosed expert testimony (FRCvP 26(a)(2) and 26(e)(2)) |
| 16 | UL Quickbooks printout | 1. Hearsay (FRE 802)<br>2. Lack of predicate for admission of a summary under FRE 1006<br>3. Undisclosed expert testimony (FRCvP 26(a)(2) and 26(e)(2)) |
| 17 | UL commission spreadsheet | 1. Hearsay (FRE 802)<br>2. Lack of predicate for admission of a summary under FRE 1006<br>3. Undisclosed expert testimony (FRCvP 26(a)(2) and 26(e)(2)) |
| 18 | Bachman opinion letter | 1. Hearsay (FRE 802)<br>2. Improper expert opinions (FRE 702) |

| D Ex # | Description | Objections |
|--------|-------------|------------|
| 20 | Directions and Parameters | 1. Hearsay (FRE 802)<br>2. Improper expert opinions (FRE 702) |
| 22 | Nagle overlay | 1. Hearsay (FRE 802)<br>2. Not produced in discovery (FRCvP 37(c)) |
| 27 | Stairtower analysis by Bachman | 1. Hearsay (FRE 802) |

        Respectfully submitted,

        Patrick Zummo
        State Bar No. 22293450
        Two HoustonCenter
        909 Fannin, Suite 3500
        Houston, Texas77010
        (713) 651-0590 (Telephone)
        (713) 651-0597 (Facsimile)
        pzummo@zoomlaw.com

        */s/ Louis K. Bonham*
        Louis K. Bonham
        State Bar No. 02597700
        Osha Liang L.L.P.
        919 Congress Avenue, Suite 919
        Austin, Texas78701
        (512) 480-0667 (Telephone)
        (713) 228-8778 (Facsimile)
        bonham@oshaliang.com

        ATTORNEYS FOR PLAINTIFF
        PRESTON WOOD & ASSOCIATES, LLC

## Certificate of Service

I hereby certify that a true and correct copy of the foregoing has been served on counsel of record via electronic filing, on this the 14th day of August 2018.

*/s/ Louis K. Bonham*
Louis K. Bonham
