5:39 PM
03/29/17
Accrual Basis

# Oppidan Homes VIII, Ltd.
## Profit & Loss
### All Transactions

|  | Mar 28, 17 |
|---|---:|
| **Ordinary Income/Expense** | |
| **Income** | |
|     **43000 · Sales** | |
|         403 B Nagle Street | 322,878.00 |
|         405  A  Nagle Street | 305,000.00 |
|         405 C Nagle Street | 307,000.00 |
|         43050 · 403 A  Nagle Street | 317,481.00 |
|         43100 · 403 C  Nagle Street | 316,438.43 |
|         43200 · 405 B  Nagle Street | 298,017.00 |
|     **Total 43000 · Sales** | 1,866,814.43 |
| **Total Income** | 1,866,814.43 |
| **Cost of Goods Sold** | |
|     **Construction & Land Costs** | |
|         403 A Nagle Street | 348,075.62 |
|         403 B Nagle Street | 348,075.62 |
|         403 C Nagle Street | 348,075.62 |
|         405 B Nagle Street | 353,273.02 |
|         405 C Nagle Street | 353,273.02 |
|     **Total Construction & Land Costs** | 1,750,772.90 |
|     50300 · Commissions Paid | 108,615.00 |
| **Total COGS** | 1,859,387.90 |
| **Gross Profit** | 7,426.53 |
| **Expense** | |
|     Capitalized Construction Costs | -2,120,516.55 |
|     **01-0000 · GENERAL REQUIREMENTS** | |
|         **01-0020 · Insurance** | |
|             01-0021 · Builders Risk | 9,852.00 |
|             01-0024 · Title Insurance | 663.00 |
|             01-0020 · Insurance - Other | 1,375.00 |
|         **Total 01-0020 · Insurance** | 11,890.00 |
|         01-0025 · Appraisal Fees | 1,500.00 |
|         01-0030 · Surveyor Expenses | 8,847.05 |
|         01-0036 · Project Administration | 50,495.94 |
|         01-0038 · Jobsite Supervision | 64,666.67 |
|         **01-0040 · Design (A&E)** | |
|             01-0041 · Architectural Design | 27,767.25 |
|             01-0043 · Exterior Design | 3,500.00 |
|             01-0040 · Design (A&E) - Other | 18,654.65 |
|         **Total 01-0040 · Design (A&E)** | 49,921.90 |
|         01-0050 · Plans & Specs | 1,194.70 |
|         **01-1060 · Engineering** | |
|             01-1061 · Civil Engineering | 22,554.71 |
|             01-1062 · Structural Engineering | 13,460.00 |
|         **Total 01-1060 · Engineering** | 36,014.71 |
|         01-2000 · Inspection Fees | 2,120.00 |
|         01-3530 · Security Procedures | 36,623.76 |
|         **01-4120 · Permits & Government Fees** | |
|             01-4121 · Capacity/Impact Fees | 10,217.06 |
|             01-4122 · Expeditor Fees | 8,127.17 |
|             01-4123 · Permit Fees | 69,625.32 |
|             01-4125 · Recording Fees | 171.00 |
|             01-4120 · Permits & Government Fees - Other | 435.61 |
|         **Total 01-4120 · Permits & Government Fees** | 88,576.16 |
|         **01-4520 · Testing & Inspection Serv.** | |
|             01-4521 · Environmental Inspection Fees | 780.00 |
|         **Total 01-4520 · Testing & Inspection Serv.** | 780.00 |
|         01-5220 · Sanitary Facilities | 3,076.63 |

Page 1

4:16-cv-01427
PLAINTIFF'S
EXHIBIT
P112

| | |
|---|---|
| 5:39 PM | **Oppidan Homes VIII, Ltd.** |
| 03/29/17 | **Profit & Loss** |
| Accrual Basis | **All Transactions** |

| | Mar 28, 17 |
|---|---:|
| 01-5620 · Temp Fencing | 1,955.25 |
| 01-5920 · Camp Maintenance | 19,485.00 |
| 01-7400 · Construction Cleaning | 360.00 |
| 01-0000 · GENERAL REQUIREMENTS - Other | 22,207.73 |
| **Total 01-0000 · GENERAL REQUIREMENTS** | **399,715.50** |
| 02-0000 · EXISTING CONDITIONS | |
| 02-2100 · Survey | 5,152.88 |
| 02-4000 · Demolition | 9,910.00 |
| **Total 02-0000 · EXISTING CONDITIONS** | **15,062.88** |
| 03-0000 · CONCRETE | |
| 03-0500 · Concrete | |
| 03-0505 · Driveways and Sidewalks | 34,070.67 |
| 03-0500 · Concrete - Other | 5,885.00 |
| **Total 03-0500 · Concrete** | **39,955.67** |
| 03-1050 · Foundation Construction | |
| 03-1100 · Form & Strip Foundations | 900.00 |
| 03-1050 · Foundation Construction - Other | 64,542.00 |
| **Total 03-1050 · Foundation Construction** | **65,442.00** |
| 03-0000 · CONCRETE - Other | 16,065.00 |
| **Total 03-0000 · CONCRETE** | **121,462.67** |
| 04-0000 · MASONRY | |
| 04-2000 · Unit Masonry | 137.48 |
| 04-3000 · Stucco Expense | 97,474.50 |
| **Total 04-0000 · MASONRY** | **97,611.98** |
| 05-0000 · METALS | |
| 05-5700 · Ironwork Expense | 13,075.00 |
| **Total 05-0000 · METALS** | **13,075.00** |
| 06-0000 · WOOD & PLASTICS | |
| 06-0001 · Framing Expense | |
| Framing Materials. | 13,878.13 |
| 06-1010 · Rough Framing Package | 12,860.00 |
| 06-1050 · Framing Materials | 180,257.19 |
| 06-1110 · Wall Framing | 30,771.88 |
| 06-1170 · Stair Framing | 6,813.02 |
| 06-1180 · Framing Labor | 79,555.20 |
| 06-0001 · Framing Expense - Other | 47,179.80 |
| **Total 06-0001 · Framing Expense** | **371,315.22** |
| 06-0550 · Hardware | 11,768.50 |
| 06-1001 · Carpentry Expense | |
| 06-2100 · Cabinets | 51,214.30 |
| 06-2150 · Cabinet Installation - Labor | 6,000.00 |
| **Total 06-1001 · Carpentry Expense** | **57,214.30** |
| 06-1600 · Sheathing | 6,656.88 |
| 06-1700 · Engineered Lumber | 8,917.61 |
| 06-4300 · Wood stairs & Handrail | 12,361.66 |
| 06-4600 · Interior Trim | 25,202.80 |
| 06-4941 · Exterior Trim | 2,026.00 |
| 06-0000 · WOOD & PLASTICS - Other | -1,467.20 |
| **Total 06-0000 · WOOD & PLASTICS** | **493,995.77** |
| 07-0000 · MOISTURE & DAMPPROOF | |
| 07-1000 · Waterproofing | 1,350.00 |
| 07-2100 · Insulation | 13,200.00 |
| 07-3000 · Steep Slope Roofing & Shingles | 20,579.76 |
| 07-4600 · Siding | 10,176.57 |
| 07-0000 · MOISTURE & DAMPPROOF - Other | 600.00 |
| **Total 07-0000 · MOISTURE & DAMPPROOF** | **45,906.33** |

| | |
|---|---|
| 5:39 PM | **Oppidan Homes VIII, Ltd.** |
| 03/29/17 | **Profit & Loss** |
| Accrual Basis | **All Transactions** |

|  | Mar 28, 17 |
|---|---:|
| **08-0000 · OPENINGS** |  |
|    08-1000 · Doors & Frames | 52,526.94 |
|    08-3440 · Garage Door Expense | 6,460.00 |
|    08-5000 · Windows | 12,591.14 |
| **Total 08-0000 · OPENINGS** | 71,578.08 |
| **09-0000 · FINISHES** |  |
|    09-2900 · Drywall | 50,337.00 |
|    09-3000 · Tile | 68,470.96 |
|    09-6000 · Flooring | 9,784.49 |
|    09-6400 · Wood Flooring | 12,772.86 |
|    09-6800 · Carpeting | 9,281.16 |
|    09-7500 · Appliances | 32,985.81 |
|    09-9000 · Painting & Coatings | 4,889.47 |
|    09-9100 · Painting | 75,747.56 |
| **Total 09-0000 · FINISHES** | 264,269.31 |
| **10-0000 · SPECIALTIES** |  |
|    10-1410 · Exterior Signs | 238.51 |
|    10-2116 · Shower & Dressing Compart. | 7,536.92 |
|    10-4400 · Fire Protection Specialties | 5,541.96 |
|    10-0000 · SPECIALTIES - Other | 6,922.00 |
| **Total 10-0000 · SPECIALTIES** | 20,239.39 |
| **11-0000 · EQUIPMENT** |  |
|    11-0575 · Equipment Rental | 4,934.88 |
|    11-3000 · Residential Appliances | 8,001.55 |
| **Total 11-0000 · EQUIPMENT** | 12,936.43 |
| **12-0000 · FURNISHING** |  |
|    12-3600 · Countertops | 21,822.02 |
| **Total 12-0000 · FURNISHING** | 21,822.02 |
| **22-0000 · PLUMBING** |  |
|    22-0500 · Plumbing - Rough In / Top Out | 13,620.73 |
|    22-1000 · Plumbing Piping & Accessories | 500.00 |
|    22-4000 · Plumbing Fixtures | 2,700.22 |
|    22-0000 · PLUMBING - Other | 1,889.74 |
| **Total 22-0000 · PLUMBING** | 18,710.69 |
| **23-0000 · HVAC** |  |
|    23-0500 · HVAC Rough In / Trim Out | 79,637.52 |
| **Total 23-0000 · HVAC** | 79,637.52 |
| **26-0000 · ELECTRICAL** |  |
|    26-0500 · Electrical Rough In | 92,253.00 |
|    26-0900 · Instrumentation & Controls | 4,083.00 |
|    26-1000 · Power Distribution | 3,200.00 |
|    26-5000 · Lighting | 2,840.07 |
|    26-0000 · ELECTRICAL - Other | 22,952.00 |
| **Total 26-0000 · ELECTRICAL** | 125,328.07 |
| **31-0000 · EARTHWORK** |  |
|    31-0500 · Earthwork | 55,775.72 |
| **Total 31-0000 · EARTHWORK** | 55,775.72 |
| **32-0000 · EXTERIOR IMPROVEMENTS** |  |
|    32-0500 · Exterior Improvements | 720.00 |
|    32-1000 · Paving & Accessories | 1,900.00 |
|    32-1320 · Sidewalks | 9,209.00 |
|    32-1700 · Paving Specialties | 7,758.05 |
|    32-3100 · Fencing &Gates | 8,562.00 |
|    32-3150 · Gutter Expense | 8,976.00 |
|    32-9000 · Planting & Landscaping | 9,300.00 |
|    32-9110 · Pest Control | 650.00 |
|    32-0000 · EXTERIOR IMPROVEMENTS - Other | 3,320.00 |

**5:39 PM**
**03/29/17**
**Accrual Basis**

# Oppidan Homes VIII, Ltd.
# Profit & Loss
### All Transactions

|  | Mar 28, 17 |
|---|---:|
| **Total 32-0000 · EXTERIOR IMPROVEMENTS** | 50,395.05 |
| **33-0000 · Utilities Preparation** | |
|     33-0510 · Manholes, Structures, Signage | 95,033.95 |
|     33-1000 · Water Systems | |
|         33-1001 · Water Tap Fees | 2,536.88 |
|     Total 33-1000 · Water Systems | 2,536.88 |
|     33-1100 · Water Piping | 30,000.00 |
|     33-3000 · Sanitary Sewer Systems | 56,590.02 |
|     33-4000 · Storm Water System | 26,090.00 |
|     33-4210 · Culverts | 13,958.86 |
|     33-5000 · Fuel Distribution | 300.00 |
|     33-0000 · Utilities Preparation - Other | 3,845.00 |
| **Total 33-0000 · Utilities Preparation** | 228,354.71 |
| **60000 · Advertising and Promotion** | 145.00 |
| **60100 · Closing Costs** | |
|     Various Loan/Closing Costs | 3,007.90 |
|     60100 · Closing Costs - Other | 25.00 |
| **Total 60100 · Closing Costs** | 3,032.90 |
| **60200 · Automobile Expense** | 874.82 |
| **60400 · Bank Service Charges** | 155.00 |
| **62500 · Dues and Subscriptions** | -176.00 |
| **63400 · Interest Expense** | 82,170.57 |
| **64900 · Office Supplies** | 198.27 |
| **66600 · Printing and Reproduction** | 10,997.71 |
| **66700 · Professional Fees** | |
|     66702 · Legal Fees | 16,849.37 |
|     66703 · Accounting Fees | 8,875.00 |
|     66705 · Loan Inspection Fees | 2,160.00 |
|     66700 · Professional Fees - Other | 6,918.74 |
| **Total 66700 · Professional Fees** | 34,803.11 |
| **67200 · Repairs and Maintenance** | 8,504.89 |
| **67500 · Utilities** | |
|     33-0501 · Water & Sewer | 5,003.19 |
|     33-7000 · Electrical Utilities | 3,978.95 |
|     33-8000 · Gas Utilities | 980.08 |
| **Total 67500 · Utilities** | 9,962.22 |
| **68000 · Taxes** | |
|     68001 · Property Taxes | 58,249.40 |
| **Total 68000 · Taxes** | 58,249.40 |
| **68100 · Telephone Expense** | 150.00 |
| **Total Expense** | 224,428.46 |
| **Net Ordinary Income** | -217,001.93 |
| **Net Income** | **-217,001.93** |