IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PRESTON WOOD & ASSOCIATES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:16-cv-01427 |
| | § | |
| RZ ENTERPRISES USA, INC. D/B/A | § | |
| OPPIDAN HOMES, OPPIDAN HOMES | § | Jury Trial Demanded |
| VIII LTD., CAMERON ARCHITECTS, | § | |
| INC., and UL, INC. D/B/A URBAN | § | |
| LIVING, | § | |
| | § | |
| Defendants. | § | |

## **STIPULATION**

In order to reduce the volume of exhibits in this case, the parties stipulate that:

Preston Wood & Associates' CAD files for each of the works in suit were deposited with the United States Copyright Office as part of the copyright registration process

-1-

Respectfully submitted,

Patrick Zummo
State Bar No. 22293450
Two HoustonCenter
909 Fannin, Suite 3500
Houston, Texas77010
(713) 651-0590 (Telephone)
(713) 651-0597 (Facsimile)
pzummo@zoomlaw.com

*/s/ Louis K. Bonham*
Louis K. Bonham
State Bar No. 02597700
Osha Liang L.L.P.
919 Congress Avenue, Suite 919
Austin, Texas78701
(512) 480-0667 (Telephone)
(713) 228-8778 (Facsimile)
bonham@oshaliang.com

ATTORNEYS FOR PLAINTIFF

*/s/ Justin Strother (by permission)*
Justin Strother
State Bar No.: 24008100
Southern District Bar No. 27331
Strother Law Firm
3000 Weslayan St., Suite 348
Houston, Texas 77027
713.545.4937
jstrother@strotherlawfirm.com

ATTORNEY FOR DEFENDANTS

## Certificate of Service

    I hereby certify that a true and correct copy of the foregoing has been served on counsel of record via electronic filing, on this the 20th day of August 2018.

*/s/ Louis K. Bonham*
Louis K. Bonham
