IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PRESTON WOOD & ASSOCIATES, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. 4:16-cv-01427 |
| | § | |
| RZ ENTERPRISES USA, INC. D/B/A | § | |
| OPPIDAN HOMES, OPPIDAN HOMES | § | Jury Trial Demanded |
| VIII LTD., CAMERON ARCHITECTS, | § | |
| INC., and UL, INC. D/B/A URBAN | § | |
| LIVING, | § | |
| | § | |
| Defendants. | § | |

**STIPULATION OF ADDITIONAL AGREED FACT**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Defendants UL, INC. D/B/A URBAN LIVING, VINOD RAMANI, CAMERON ARCHITECTS, INC., AND STEPHEN CAMERON ("Defendants") and PRESTON WOOD & ASSOCIATES, LLC ("Plaintiffs") and file this stipulation of fact:

The parties stipulate to the following facts in this matter:

1. Defendants had access to the works Plaintiff alleges were infringed by the following properties:
    - 4504 Mount Vernon Street, Houston, Texas.
    - Nagle Park Place, 403-411 North Nagle Street, Houston, Texas.
    - EaDo Place, 2602-1- Polk Street, Houston, Texas.
    - Patterson Street Landing, 1026-1034 Center Street, Houston, Texas.

Respectfully submitted,

**STROTHER LAW FIRM**

_____
Justin Strother
State Bar No.: 24008100
Southern District Bar No. 27331
3000 Weslayan St., Suite 348
Houston, Texas 77027
713.545.4937
jstrother@strotherlawfirm.com

ATTORNEY FOR DEFENDANTS


**By agreement:**
Louis K. Bonham
State Bar No. 02597700
Osha Liang L.L.P.
919 Congress Avenue, Suite 919
Austin, Texas 78701
(512) 480- 0667 (Telephone)
(713) 228-8778 (Facsimile)
bonham@oshaliang.com

ATTORNEYS FOR PLAINTIFF