UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Preston Wood & Associates, LLC., | § § | |
| V. | § § | CIVIL ACTION H-16-1427 |
| Cameron Architects, Inc., et al | § § § | |

JURY NOTE # 1

May we see testimony related to the stanford design and the denvitures (family tree)?

Please designate the portions of testimony for which more detail is requested.

David Hittner 8/29/18