UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| Preston Wood & Associates, LLC., | § § | |
| V. | § § | CIVIL ACTION H-16-1427 |
| Cameron Architects, Inc., et al | § § § | |

JURY NOTE # 2

A) Do we have to answer unanimously on each and every "project" on Questions 1 and 2? B) We think Mr Wood's testimony on Stanford might help.

A - Hold for now on Court response.
B - Is there specific areas in your question re Wood testimony?