United States District Court
Southern District of Texas
**ENTERED**
November 08, 2018
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PRESTON WOOD & ASSOCIATES, LLC, | § § § | |
| Plaintiff, | § § § | |
| v. | § | Civil Action No. H-16-1427 |
| CAMERON ARCHITECTS, INC., STEPHEN CAMERON, UL, INC. d/b/a URBAN LIVING, and VINOD RAMANI, | § § § § § § | |
| Defendants. | § | |

### FINAL JUDGMENT AND PERMANENT INJUNCTION

Pursuant to the contemporaneously entered order and the jury verdict rendered on August 30, 2018, the Court hereby

**ORDERS** that pursuant to 17 U.S.C. § 504(b), Preston Wood and Associates shall recover from Defendants Cameron Architects, Inc. and Stephen Cameron, jointly and severally, the sum of $13,462.39, plus post-judgment interest on all unpaid portions of the foregoing at the rate of 2.67% per annum, compounded annually, from the date hereof until paid. The Court further

**ORDERS** that pursuant to 17 U.S.C. § 504(b), Preston Wood and Associates shall recover from Defendants UL, Inc. d/b/a Urban Living and d/b/a Urban Project Management ("Urban Living") and Vinod Ramani a/k/a Vinod Kewelramani, jointly

and severally, the sum of $7,539.60, plus post-judgment interest on all unpaid portions of the foregoing at the rate of 2.67% per annum, compounded annually, from the date hereof until paid. The Court further

**ORDERS** that pursuant to 17 U.S.C. § 1203(c)(2)(B), Preston Wood and Associates shall recover from Defendants UL, Inc. d/b/a Urban Living and d/b/a Urban Project Management ("Urban Living") and Vinod Ramani a/k/a Vinod Kewelramani, jointly and severally, the sum of $28,790,000, plus post-judgment interest on all unpaid portions of the foregoing at the rate of 2.67% per annum, compounded annually, from the date hereof until paid. The Court further

**ORDERS** that Defendants Cameron Architects, Inc., Stephen Cameron, Urban Living, and Vinod Ramani a/k/a Vinod Kewelramani, and each of their respective subsidiaries, parent companies, affiliated companies, employees, officers, directors, servants, and agents, and all persons in active concert or participation with them who receive actual notice of this order, are permanently enjoined from reproducing or distributing any copies or derivatives of any of the Works in Suit.[1] This injunction includes the creation or distribution of plans or marketing materials that are copies or derivatives of any of the Works in Suit, as well as the construction,

---

[1] The Works in Suit are the following valid and enforceable copyrights that are owned by registered by Preston Wood and Associates: (1) Buckingham Job 98-044-1937; (2) Ashford Job 00-258-2262; (3) Job D5-214; (4) D8057-2; (5) E0042; (6) E0175-A1.1-V5; (7) E2246-A3.1; (8) E2066 A2.1; (9) 00-071-2265A; (10) D6050 Lot 1057; (11) E1171-B1.1L.

advertising, selling, renting, or offering to sell or rent, any houses that are copies or derivatives of any of the Works in Suit.

This injunction does not apply to any reproduction or distribution or copies or derivatives of any of the Works in Suit as may be required for any post-judgment proceeding in this case (including any appeal), or that are required by any subpoena, court order, administrative order, or discovery obligation in this or any other case or proceeding. Further, nothing in this injunction is intended to, or shall be construed to, authorize or direct any party to destroy, delete, or otherwise spoliate any evidence that such party may be under an obligation to preserve. The Court further

**ORDERS** that pursuant to Federal Rule of Civil Procedure 54(d)(1), Preston Wood and Associates shall recover its costs from Defendants Cameron Architects, Inc., Stephen Cameron, Urban Living, and Vinod Ramani a/k/a Vinod Kewelramani, jointly and severally.

**THIS IS A FINAL JUDGMENT.**

SIGNED at Houston, Texas, on this __8__ day of November, 2018.

_____
DAVID HITTNER
United States District Judge