UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT OF TEXAS

Preston Wood & Associates, LLC § § § § § § § § § § §

*versus*

Cameron Architects, Inc., et al

ACTION NUMBER:
4:16-cv-01427

## ABSTRACT OF JUDGMENT

| Date of Judgment Entered: | 11/08/2018 |
|---|---|
| Judgment in Favor of: | Preston Wood and Associates |
| Judgment Against: | Vinod Ramani a/k/a Vinod Kewelramani |
| Amount of Judgment: | $28,797,539.60 |
| Amount of Costs: | $14,641.94 |
| Rate of Interest: | %2.67 |
| Amount of Credits Since Judgment: | $ 0.00 |
| Amount Due: | |

The above and foregoing is a correct Abstract of Judgment entered in the United States District Court, for the Southern District of Texas, in the above captioned case.

DATED: DEC 10 2018

CLERK OF COURT

By: _____
Deputy Clerk

O:Houforms/Forms-Web