UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| PRESTON WOOD & ASSOCIATES, LLC, | § § § | |
| Plaintiff, | § § § | |
| v. | § § | CIVIL ACTION NO. H-16-01427 |
| CAMERON ARCHITECTS, INC., STEPHEN CAMERON, UL, INC., d.b.a. URBAN LIVING, and VINOD RAMANI, | § § § § § § § | |
| Defendants. | § | |

## **RELEASE AND SATISFACTION OF FINAL JUDGMENT**

On November 8, 2018, the Court entered its Final Judgment and Permanent Injunction (the "Judgment") in this matter involving Plaintiff Preston Wood & Associates, LLC ("Plaintiff") and Defendants UL, Inc., d.b.a. Urban Living and Vinod Ramani a/k/a Vinod Kewelramani (collectively "Defendants").

Plaintiff and Defendants have reached a settlement with respect to sums owing under the Judgment. Plaintiff received satisfaction of the sums owing under Judgment by receipt of a final settlement payment on or about January 2, 2020. Pursuant to such settlement, Plaintiff hereby releases and discharges Defendants from the sums owing under the Judgment, including any interest, fees, and costs assessed against Defendants in the Judgment. The Permanent Injunction remains in effect.

EMF_US 76928326v1

*s/ Louis K. Bonham*
Louis K. Bonham
State Bar No. 02597700
909 Fannin, Suite 3500
Houston, Texas 77010
(713) 228-8600 (Telephone)
(713) 228-8778 (Facsimile)
bonham@oshaliang.com

Patrick Zummo
State Bar No. 22293450
909 Fannin, Suite 3500
Houston, Texas 77010
(713) 651-0590 (Telephone)
(713) 651-0597 (Facsimile)
pzummo@zoomlaw.com
Osha Liang, L.L.P.

Attorneys for Plaintiff
Preston Wood & Associates, LLC

**PRESTON WOOD & ASSOCIATES, LLC**

By: _____
Name: SAMANTHA Woof
Title: MANAGER

<u>CERTIFICATE OF SERVICE</u>

     I certify that on January 6, 2020 the foregoing was served on all counsel of record via the Court's ECF system.

                              <u>/s/ Louis K. Bonham</u>
                              Louis K Bonham